McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00207 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| DONALD FREEMAN, JR., *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendant Juan Arturo Arroyo Gomez, by and through this counsel of record, hereby stipulate:

1. By prior order, this matter was set for judgment and sentencing on June 14, 2018.

2. By this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing for defendant Juan Arturo Arroyo Gomez until October 11, 2018 at 10:00 a.m.

3. Because the defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED AND REQUESTED.

Dated: June 12, 2018                    McGREGOR W. SCOTT
                                        United States Attorney

                                        By: /s/ Todd A. Pickles
                                            TODD A. PICKLES
                                            ROSANNE L. RUST
                                            Assistant United States Attorneys


Dated: June 12, 2018                    By: /s/ Todd A. Pickles for
                                            MARYANN BIRD, Esq.

                                            Counsel for defendant Juan Arturo
                                            Arroyo Gomez

## ORDER

The Court hereby continues the judgment and sentencing hearing for defendant Juan Arturo Arroyo Gomez to October 11, 2018 ta 10:00 a.m. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of October 11, 2018.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE