Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CASB 154402
Mary Ann F. Bird, CASB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant JUAN ARTURO ARROYO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN ARTURO ARROYO GOMEZ,<br><br>    Defendant. | Case No.: 2:17-CR-00207 MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorney Rosanne L. Rust, and the defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 14, 2017, Defendant pled guilty to Count 1 of the Information and the matter was referred to the Probation Office for preparation of a pretrial investigation report. The matter is presently set for judgment and sentencing on March 26, 2019.

2. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors

BIRD & VAN DYKE, INC.
STIPULATION AND ORDER RE: RESETTING OF JUDGMENT AND SENTENCING
PAGE: 1

before the imposition of sentence. Having considered defense counsel's request, the Government has no opposition to the requested date. Similarly, US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until May 23, 2019 at 9:00 AM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of May 23, 2019.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                          Respectfully submitted,

Dated: January 31, 2019                       McGREGOR W. SCOTT
                                              United States Attorney

                                              ___/s/ Rosanne L. Rust_____
                                              ROSANNE L. RUST
                                              Assistant United States Attorney

Dated: January 31, 2019                       ___/s/ Mary Ann F. Bird_____
                                              MARY ANN F. BIRD
                                              Attorney for JUAN ARROYO GOMEZ

///

**ORDERS**

The Court hereby continues the judgment and sentencing hearing to May 23, 2019 at 9:00 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of May 23, 2019.

IT IS SO ORDERED.

DATED: February 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE